UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXA CORDOZA,<br><br>　　　　　Defendant. | Case No.  1:24-cv-00200-NODJ-BAM<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**<br><br>(Doc. 2) |

　　　　Plaintiff Candace Smith ("Plaintiff"), proceeding pro se, filed this action on February 14, 2024. (Doc. 1.)  Plaintiff has not paid the filing fee in this action and instead has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.)  Plaintiff has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

　　　　Plaintiff is advised that the Court is required to screen complaints of pro se litigants proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2). The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).  As a result, no summons will issue at this time.  The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it

1

contains cognizable claims for relief against the named defendant. The Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

| Dated: | **February 19, 2024** | /s/ Barbara A. McAuliffe |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |

2