UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>             Plaintiff,<br><br>     v.<br><br>ALEXA CORDOZA,<br><br>             Defendant. | Case No. 1:24-cv-00200-KES-BAM<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. 7) |

Plaintiff Candace Smith ("Plaintiff") proceeds pro se and in forma pauperis in this civil action. On April 8, 2024, the Court screened Plaintiff's complaint and granted her leave to amend within thirty (30) days. (Doc. 5.) On May 21, 2024, the Court issued Findings and Recommendations to dismiss this action based on Plaintiff's failure to timely file an amended complaint. (Doc. 7.) However, Plaintiff filed a first amended complaint on May 16, 2024. (Doc. 6.) Accordingly, the Findings and Recommendations issued on May 21, 2024, are HEREBY VACATED. The Court will screen Plaintiff's amended complaint in due course.

IT IS SO ORDERED.

Dated:   **May 21, 2024**           /s/ Barbara A. McAuliffe          _
                                                         UNITED STATES MAGISTRATE JUDGE

1