UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH, | No. 1:24-cv-00200-KES-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND FOR LACK OF SUBJECT MATTER JURISDICTION |
| v. | |
| ALEXA CORDOZA, | |
| Defendants. | Doc. 9 |

Plaintiff Candace Smith, proceeding pro se and in forma pauperis, filed this civil action on February 14, 2024. Doc. 1. On April 8, 2024, the court screened plaintiff's complaint and granted her leave to amend within thirty (30) days. Doc. 5. Plaintiff filed a first amended complaint on May 16, 2024. Doc. 6.

On May 22, 2024, the assigned magistrate judge issued findings and recommendations that plaintiff's complaint be dismissed for failure to comply with Federal Rule of Civil Procedure 8 and for failure to establish this court's jurisdiction. Doc. 9. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id*. at 4. Plaintiff did not file any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 22, 2024 (Doc. 9) are ADOPTED in FULL;
2. This action is dismissed for plaintiff's failure to comply with Federal Rule of Civil Procedure 8 and failure to establish this court's jurisdiction; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 11, 2024

_____
UNITED STATES DISTRICT JUDGE

2